IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **8:09CR241** |
| vs. | ) | |
| | ) | **ORDER** |
| **JOSE PASILLAS-CASTANEDA,** | ) | |
| | ) | |
| | ) | |
| **Defendant.** | | |

The defendant filed two motions to suppress on July 9, 2009, together with a motion for a 30-day extension of the pretrial motion deadline for the reason that "counsel expects to receive additional discovery from Assistant United States Attorney, Andrea Belgau, which discovery may reveal additional bases on which to file pre-trial motions." The court finds that this speculative statement does not constitute good cause for the extension sought. An extension of this deadline would merely delay the resolution of the defendant's existing motions, and the defendant has not filed any waiver of speedy trial as required by the local rules of practice.

**IT IS ORDERED:**

1. Defendant's MOTION TO EXTEND DEADLINE FOR FILING PRETRIAL MOTIONS [17] is denied.

**DATED this 10nd day of July, 2009.**

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**